UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FRED NEKOUEE )
Plaintiff(s), )
)
vs. )          Case No.  4:18-cv-00326-CDP
)
TCB-PLAZA, LLC, a Delaware limited liability company )
Defendant(s). )

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral**

**evaluation,** dated _____April 11, 2018_ the parties hereby designate by agreement the following individual

from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral:                    ANN DAVIS SHIELDS

Firm Name and Address:              ONE BROOKINGS DRIVE
                                    CAMPUS BOX 1120
                                    ST. LOUIS, MO 63130


Telephone & FAX Number:             314-302-4530; FAX: 314-935-5356

**The attorneys of record in this case are:**

Name of Lead Counsel:               ROBERT J. VINCZE (FOR PLAINTIFF)

Firm Name and Address:              LAW OFFICES OF ROBERT J. VINCZE
                                    PO BOX 792
                                    ANDOVER, KANSAS 67002


Telephone & FAX Number:             Ph: 303-204-8207; email: vinczelaw@att.net

Name of Other Counsel:              TIMOTHY J. AHRENHOESTERBAEUMER (FOR DFT)

Firm Name and Address:                        MCCARTHY , LEONARD, KAEMMERER, L.C.
825 MARYVILLE CENTRE DRIVE, SUITE 300
ST. LOUIS, MO 63017-5946

Telephone & FAX Number:           Ph: 314-392-5200; email: tima@mlklaw.com

**The completion deadline for this ADR referral is** September 28, 2018

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:     September 20,                           20 18

Time of Conference:     1:30 pm                           a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location:     MCCARTHY, LEONARD, KAEMMERER, L.C.
825 MARYVILLE CENTRE DRIVE, SUITE 300
ST. LOUIS, MISSOURI 63017

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

August 22, 2018                    s/Robert J. Vincze (MO #37687)

Date                                        Attorney for Plaintiff

Signature of Plaintiff(s)

s/Timothy J. Ahrenhoersterbaeumer (MO #55136)

Attorney for Defendant

Signature of Defendant(s)