UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : Case No. 4:18-cv-00326-CDP |
| TCB-PLAZA, LLC, a Delaware limited liability company, | : |
| Defendant. | : |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendant by and through their respective counsel, hereby stipulate to the dismissal of this action against Defendant with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as the parties have entered into a Settlement Agreement regarding all matters in this action.  The parties have agreed that this Court shall retain jurisdiction to enforce the Settlement Agreement.

DATE:  October 24, 2018

Respectfully submitted,

| | |
|---|---|
| s/Robert J. Vincze | s/T. J. Ahrenhoersterbaeumer |
| Robert J. Vincze, Esq. (MO #37687) | Brian E. McGovern (MO #34677) |
| Law Offices of Robert J. Vincze | T. J. Ahrenhoersterbaeumer (MO #55136) |
| PO Box 792 | McCarthy, Leonard, Kaemmerer, L.C. |
| Andover, Kansas 67002 | 825 Maryville Centre Drive, Suite 300 |
| Telephone: 303-204-8207 | St. Louis, Missouri 63017 |
| vinczelaw@att.net | Telephone: 314-392-5200 |
| | bmcgovern@mlklaw.com |
| | tima@mlklaw.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Fred Nekouee* | *TCB-Plaza, LLC.* |